**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Rochelle Glascoe

Robert Hartman

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -   Nickname

Nilda Ortega (Nelly)

**COMPLAINT**

Jury Trial: ☐ Yes  ☐ No

(check one)

RECEIVED

FEB 2 6 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name              Rochelle Glascoe
               Street Address    73 Somerset dr.
               County, City      Willingboro A.T.
               State & Zip Code  N.J. 08046
               Telephone Number  856-676-6250

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Nilda Ortega nickname/goesby: Nelly_

Street Address _1156 Collings rd._

County, City _Camden_

State & Zip Code _NJ. 08104_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions                    ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff             ☐ U.S. Government Defendant

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _1156 Collings rd. Camden NJ.    (at Nilda's home)_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _Jan. 3, 2018_

_____

_____

| What happened to you? |
| --- |

C.    Facts: _On Dec. 28, 2017 me and my 4 children moved into the plantiff's house (I rented 1 small room) The Plantiff and her daughter and others lived in the house aswell. Me and my children only occupied the room for 3 days because on Jan. 3, 2018_

| Who did what? |
| --- |

_Nilda (The Plaintiff) Snatched $500.00 out of my youngest daughter's Hand that she asked to count. Nilda started threatning me and my children She would not give me back the money and Kicked us out of her house. She did not give me back my $300 Security deposit nor our belongings_
_* (Nilda Ortega)_

| Was anyone else involved? |
| --- |

_____

_____

_____

| Who else saw what happened? |
| --- |

_My daughter that she snatched the money from and her 2 sisters that was sitting around the table with them when she stole the money and my fiance Robert Hartman and also her daughter was present_

-3-

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

**V.   Relief:**

*I am Requesting $14,200.*

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Pay back the money she stole from us the $500 the $300 Security deposit.. My laptop and my     Tablet which had all of my music works on it Songs that I made and that I was working on.. lyrics and beat I made and also contained my Written books written by me and Artworks for my books drawn by me These can not be replaced my deceased sisters beddings and clothing given to my kids after her death.. Our brand new clothing, old clothing school uniforms Shirts, Skirts, and pants, brand new school shoes of my daughters (3 daughters) all of our brand new shoes Sneakers of all 5 of us, our 6 bibles, our Coats, kids school Certificates/ Awards and trophies, All of the brand new christmas toys. our 2 set bunk beds (2 bunk beds) They were brand new after the Company Came out and set them on Dec. 29, 2018 the day we moved in. my sons bike, my son's Stroller, Toiletries cosmetics and more. Also my fiance's Barbering clippers, Shears and the bag. $10,000.00 for the items above also for all of the hotels bills from having to live in several hotels I ask the court for compensation for

I also ask for pain and Suffering compensation Mental and Physica

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this_____day of_____, 20_____.

Signature of Plaintiff ____*Rochelle Glascoe*____

Mailing Address ____*78 Somerset dr.*____

____*Willingboro NJ.*____

____*08046*____

Telephone Number ____*856-676-6250*____

Fax Number *(if you have one)* _____

E-mail Address ____*rochelleglascoe1@gmail.com*____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: ____*Rochelle Glascoe*____